RECEIVED
MAR - 4 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| BERNICE BROUSSARD | CIVIL ACTION NO. 09-1111 |
| VERSUS | JUDGE DOHERTY |
| ARTHUR BASALDUA, ET AL. | MAGISTRATE JUDGE HILL |

### JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After review of the Report and the Objections filed by the plaintiff, this Court concludes the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly:

IT IS ORDERED that the defendants' Motion to Dismiss [Doc. 9] is GRANTED.

IT IS ORDERED that plaintiff's federal claims against defendants Ronald J. Theriot, Regina Clues, and Arthur Basaldua are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that plaintiff's state law claims are DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this ____ day of March, 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE